

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2021

No. 04-21-00046-CV

**IN RE BRAD LARSEN, RENT WERX LLC D/B/A LARSEN PROPERTIES AND LEAH LARSEN**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-10309
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

Real Parties' unopposed motions to seal the supplemental mandamus record and for leave to file an amended response are GRANTED.

It is so **ORDERED** this April 6, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT